UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN E. GERBER III, et al., :
:
      Plaintiffs, :
:
  v. : Civil Action No. 99-2374 (JR)
:
BRUCE BABBITT, Secretary, :
Department of the Interior, et :
al., :
:
      Defendants, :
:
WINCHESTER CREEK LIMITED :
PARTNERSHIP, :
:
      Defendant-Intervenor. :

**FILED**

OCT 2 3 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to the order of the United States Court of Appeals for the District of Columbia rendered July 2, 2002 in Case No. 01-5247 (Mandate issued October 7, 2002, received by the Clerk of the U.S. District Court October 16, 2002), it is this 23d day of October 2002,

**ORDERED** that this case be and it is hereby remanded to the Fish and Wildlife Service for further proceedings.

                                            _____
                                            JAMES ROBERTSON
                                            United States District Judge

Copies to:

Eric R. Glitzenstein
Daniel R. Vice
Jonathan R. Lovvorn
Meyer & Glitzenstein
1601 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20009

Counsel for Plaintiffs

Mark L. Stermitz
Caroline Blanco
U.S. Department of Justice
Environment and Natural
Resources Division
Wildlife and Marine Resources
Section
Ben Franklin Station,
P.O. Box 7369
Washington, DC  20044-7369

Counsel for Defendants

Rafe Petersen
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006-6801

Counsel for Defendant-
Intervenor

James B. Dougherty
709 Third Street, S.W.
Washington, DC 20024

Counsel for Amici National
Wildlife Federation

David H. Thompson
Cooper, Carvin & Rosenthal
1500 K Street
Suite 200
Washington, DC 20005

M. Reed Hopper
Anne M. Hayes
Pacific Legal Foundation
10360 Old Placerville Road
Suite 100
Sacramento, CA 95827

Counsel for Amici Pacific
Legal Foundation