UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. GERBER, III, et al., | |
| Plaintiffs, | |
| v. | Civ. No. 99-2374 (JR) |
| GALE NORTON, et al., | |
| Defendants. | |

**FILED**

**MAR 1 2 2003**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATION AND ORDER

Whereas plaintiffs have filed a motion to enforce the remand Orders of this Court and the D.C. Circuit, and the federal defendants have filed a response;

Whereas the plaintiffs and federal defendants agree that this matter should be resolved without additional involvement by the Court;

Whereas counsel for intervenor has been contacted and has indicated that intervenor does not object to this Stipulation or the Court's approval of it;

Therefore, plaintiffs and federal defendants agree as follows, and respectfully request that the Court enter this Stipulation as an Order of the Court:

Within 60 days, the Fish and Wildlife Service shall transmit to the Federal Register for publication a notice reopening the public comment period, for a period of 60 days, on the two issues identified by the Court of Appeals as requiring proceedings on remand. See Gerber v. Babbitt, 294 F.3d 173 (D.C. Cir. 2002). The notice will specifically identify the location of the off-site mitigation area on which defendants relied to approve the Incidental Take Permit ("ITP") and Habitat Conservation Plan ("HCP") at issue in this case. Copies of the notice and the



agency's ancillary document (*i.e.*, a draft feasibility assessment on remand) shall be sent to counsel for Plaintiffs and counsel for the Intervenors on the same day that the Regional FWS Office is informed that the notice has been transmitted to the Federal Register;

Within 60 days after the close of the comment period, Federal Defendants shall finalize and transmit to the Federal Register for publication a notice announcing its final decision on remand. The Service shall simultaneously make available to the public upon request its final agency decision document. Copies of this notice and agency decision document shall be transmitted to counsel for Plaintiffs and counsel for the Intervenors on the same day that the Regional FWS Office is informed that the notice has been transmitted to the Federal Register;

In light of the foregoing, plaintiffs hereby withdraw their January 28, 2003 Motion to Enforce Remand Orders as moot.

| | |
|---|---|
| Thomas L. Sansonetti<br>Assistant Attorney General<br>Environment and Natural Resources<br>Division<br><br>Jean E. Williams, Chief<br>Seth M. Barsky, Assistant Chief<br><br>_____<br>Ruth Ann Lowery, Trial Attorney<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>U.S. Department of Justice<br>Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br><br>Counsel for Federal Defendants | _____<br>Eric R. Glitzenstein<br>D.C. Bar No. 358287<br><br>Meyer & Glitzenstein<br>Suite 700<br>1601 Connecticut Ave., N.W.<br>Washington, D.C.<br>(202) 588-5206<br><br><br><br><br><br><br><br>Counsel for Plaintiffs |

IT IS SO ORDERED

Dated this \_\_11th\_\_ day of March, 2003

_____
U.S. District Judge

To be Served:

Eric Glitzenstein
Meyer & Glitzenstein
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009

Ruth Ann Lowery
Jean Williams
Bridget McNeil
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Rafe Peterson
Lawrence R. Liebesman
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006-6801